THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL H. McGOVERN, Appellant, *v.* THE BOARD OF TRUSTEES OF THE VILLAGE OF PENN YAN, Respondent.

*People ex rel. McGovern* v. *Trustees,* 2 App. Div. 29, affirmed.

(Argued April 19, 1897; decided May 4, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 19, 1896, which reversed an order of Special Term granting a peremptory writ of mandamus.

*M. A. Leary* for appellant.

*Huson & Dwelle* for respondent.

Order affirmed, with costs ; no opinion.

All concur.

---

ARCHIBALD K. M. AINSLIE et al., Respondents, *v.* ELIAS PETER HICKS et al., Defendants. EUGENE A. HOFFMAN, as Assignee, Appellant.

*Ainslie* v. *Hicks,* 13 App. Div. 388, affirmed.

(Argued April 19, 1897; decided May 4, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 19, 1897, which affirmed an order of Special Term denying a motion for an order directing a referee to pay certain taxes from the purchase money received by him from a sale in an action of partition.

*Charles H. Stoddard* and *J. Van Vechten Olcott* for appellant.

*Albert G. McDonald* for respondents.

Order affirmed, with costs, on opinion below.

All concur.